FILED
MAR – 3 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Mark Allen Shannon                                   #3515721

_(Enter above the full name of the plaintiff_           _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**                                        CIVIL ACTION NO. 3:16-cv-02048
                                                  _(Number to be assigned by Court)_

Berea Porter
Cheryl Stephens

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

         Yes _____     No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.  Court (if federal court, name the district; if state court, name the county);

        _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

        _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes  X          No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes  X          No ____

    C. If you answer is YES:

        1. What steps did you take? I filed An Inquiry on 1/29/16 To medical And A Grievance to the Shift Supervisor on 1/28/16 Both To This Day Have Not Been Answered And it is 2/8/16 Today I Just mailed A written Grievance to Dave Farmer Executive Director In Charleston today

        2. What was the result? There was no Answer or Suitable Result From this Facility I'm waiting A week to 10 days To See if I get An Answer From Charleston

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Mark Allen Shamand #3515701

        Address: Western Regional Jail One O'Hanlon Place Barboursville WV 25504

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Berea Porter

   is employed as: H.S.A.

   at Western Regional Jail

D. Additional defendants: Cheryl Stephens

   Director of Nursing

   Western Regional Jail

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See The Attached Copy Of The 3 page Grievance Form I Sent To David Farmer Executive Director In Charleston on 2/8/16 I'm Waiting on A Reply From Him But These Are the Facts Of My Claim

IV. **Statement of Claim (continued):**

V. **Relief**

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want to be taken to see the Ophthalmologist to get my Eye's Checked And Examined Because Without these Cheater's it's like looking through Watered Down Milk And its terrifying to Know you Can't See And They won't help you Because you Can't Pay The State Is supposed to Pay I shouldn't Be denied Medical Treatment.

**V.     Relief (continued)):**

_____
_____
_____
_____
_____

**VII.    Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        No_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No __X__

    If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

    If not, state your reasons: I wouldn't know how to go about getting A Lawyer to Represent Me, I thought the Court would Appoint one IF I Needed it.

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20_____.

_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2/28/16_____.
               (Date)

_____*Mark A. Shannon*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY
## INMATE REQUEST/GRIEVANCE
### (CIRCLE ONE)

NAME: Mark A. Shannon   DATE: 2/7/16

OID NUMBER: 3515701   INC DATE: _____   POD: F   SEC: 2   RM: 3

TO: David Farmer - Executive Director

TYPE REQUEST/GRIEVANCE: Grievance

REASON FOR REQUEST/GRIEVANCE: Denial of Medical Services Because I can't Afford to Pay. On or about January 9th of 2016 I put in a Sick Call Request to have my Eye's Examined, I am going Blind and I can't See to Read Anything. I have a

_Mark A. Shannon_
INMATE SIGNATURE

## RESPONSE/DISPOSITION

☐ APPROVED   ☐ DISAPPROVED   ☐ REFERRED

SIGNATURE: _____   RANK: _____   DATE: _____

REMARKS: _____

ACTION TAKEN: _____

SIGNATURE: _____   DATE: _____

RJCFA-36A

pair of Cheater's with a magnification of 250 I used to just have to have them to read But I'm wearing them on a regular Basis. I'm getting severe headaches from wearing them And my vision is getting even worse. About 2 or 6 day's after putting in my sick call Request A Nurse Came to the Pod And Called me out in the hall And Ask what the Problem was. I told her I couldn't see And I needed my Eyes Examined. A week or so maybe 10 day's Later I was taken to Medical to View An Eye Chart. The Nurse told me I would Be Called the Next Day to discuss Payment options, I told her I couldn't Afford to Pay And I was Never Called to See A Doctor But A $5.00 charge was taken From My Account. On the 19th of January I Put An Inquiry on the Kiosk to Medical Complaining of the $5.00 Fee And Not seeing A Doctor, And on the 21st of January I put in A grievance to the Shift Supervisor complaining of the same. To This Day Neither has Been Answered, I sent one to the Counselor And I'm Informed they can't help me Because they have no control over Medical matters. On Wednesday February 3rd I'm Again Called to the hallway to See A Nurse, she Inform's me that I've Been Denied to See An Ophthalmologist Because I can't Afford to Pay. On Friday November 13th 2015 I was sentenced to A One to Three Year Term in Prison, At That Point And Time I Became A

Ward of the State, therefore all medical issues became a part of the state. I'm supposed to be in Prison Not housed in this Regional Jail In Prison I could get and have a job and maybe afford to pay some of the cost. As it is now I'm doing good to survive I Need My Eyes Checked I can't see and Im having severe headaches. I also Need Copies returned to me of all this paperwork For my 1983 forms it said to exhaust all available Administrative Remedies and I've done Everything here, you are my last option And the 1983 Form and Federal Court Are the Last Remedy. Thank You For Your Time And Effort On This Matter.

Sincerely
Mark A. Shannon
#3515701

Mark A. Sherman #3515701
One O'Hanlon Place
Barboursville, WV
25504

THIS PERSON IS AN INMATE
OF WESTERN REGIONAL JAIL

Clerk, United States District Court
845 Fifth Ave, Room 101
Huntington, WV
25701

