IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

MARK ALLEN SHANNON,

        Plaintiff,

v.               CIVIL ACTION NO.   3:16-2048

BEREA PORTER;
CHERYL STEPHENS,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, with prejudice.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.   The Court notes that the Proposed Findings and Recommendation sent to Plaintiff was returned marked "Return to Sender, No Longer in this Facility."   Plaintiff has not provided a forwarding address.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's Complaint (ECF No. 2), **with prejudice**, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:   June 9, 2016

        _____
        ROBERT C. CHAMBERS, CHIEF JUDGE